IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH | : | |
| OF THE PROPERTY LOCATED | : | 22-mj-15 |
| AT 43063 WEBER CITY ROAD, | : | |
| GONZALES, LOUISIANA 70737 | : | **(UNDER SEAL)** |

## MOTION TO SEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT, SEARCH WARRANT, AND SEARCH WARRANT RETURN

NOW INTO COURT comes the undersigned Assistant United States Attorney who represents that:

The United States moves at this time to seal the above captioned application and affidavit for a search warrant, the search warrant, and the search warrant return for the following reason:

Publication of this application and affidavit for search warrant, the search warrant, and the search warrant return at this time would prejudice an ongoing federal criminal investigation.

WHEREFORE, the United States prays that the application and affidavit for the search warrant, the search warrant, the search warrant return, and this Motion and Order to Seal be granted.

UNITED STATES OF AMERICA, by

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

/s/ Kristen Lundin Craig
Kristen Lundin Craig, LBN 32565
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: kristen.craig@usdoj.gov