IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH : | |
| OF THE PROPERTY LOCATED : | 22-mj-15 |
| AT 43063 WEBER CITY ROAD, : | |
| GONZALES, LOUISIANA 70737 : | **(UNDER SEAL)** |

**O R D E R**

Considering the foregoing,

IT IS HEREBY ORDERED, that the application and affidavit in support of a search warrant, the search warrant, and the search warrant return in this matter be sealed until further orders from the Court,

IT IS FURTHER ORDERED that this Motion and Order be sealed; however, nothing in this Order shall preclude transmission of this Order to the United States Attorney's Office or representatives of the U.S. Department of Justice, Federal Bureau of Investigation.

Baton Rouge, Louisiana, this 11th day of March, 2022.

_____
THE HONORABLE ERIN WILDER-DOOMES
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA

Craig