AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 22-mj-15 | Date and time warrant executed: 3/11/22 at 10:35am | Copy of warrant and inventory left with: Hannah Kinchen |
|---|---|---|

Inventory made in the presence of: SA Stephanie Bobo

Inventory of the property taken and name(s) of any person(s) seized:

1. I-phone 12 Promax, model MG953LL/A, s/n: G6TDP3LHQD46
2. Apple Laptop, model A2338, s/n: FVFFR20M0KPF
3. Seagate Backup Plus Portable Drive
4. HP Laptop, Model 15-AY041WM
5. I-Pad, model A1954
6. Western Digital my Passport Ultra
7. 16 GB Sandisk Ultra SD card

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/15/22

*Stephanie Bobo*
*Executing officer's signature*

Special Agent Stephanie Bobo, FBI
*Printed name and title*