# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PROPERTY LOCATED AT: 43063 WEBER CITY ROAD GONZALES, LOUISIANA 70737 | Case No. 22-mj-15<br><br>**Filed Under Seal** |

U.S DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED   JUN - 6 2022
CLERK

## MOTION TO UNSEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT, SEARCH WARRANT, AND SEARCH WARRANT RETURN

NOW INTO COURT comes the United States of America by Ronald C. Gathe, Jr., United States Attorney for the Middle District of Louisiana, through Kristen L. Craig, Assistant United States Attorney, who respectfully moves this Court to unseal the above-captioned Application and Affidavit for Search Warrant, the Search Warrant, and the Search Warrant return for the following reasons:

1.

On March 11, 2021, this Honorable Court signed a search warrant, authorizing the search and seizure of property located at 43063 Weber City Road, Gonzales, Louisiana 70737.

2.

At the time, the Application and Affidavit for Search Warrant, Search Warrant, and Search Warrant Return were sealed, by order of this Honorable Court, so as not to prejudice an ongoing federal criminal investigation.

3.

Thereafter, and in connection with that investigation, the grand jury returned an indictment on May 20, 2022, which was filed in Criminal Case No. 3:22-cr-29-JWD-RLB, *United States v. Grant McKay Durtschi*; therefore, the reasons for sealing the Application and Affidavit for Search Warrant, the accompanying attachments, the Search Warrant and the Search Warrant Return, no longer exist, and it is necessary for those documents to be unsealed so that the United States may comply with its discovery obligations in the criminal case.

WHEREFORE, the United States prays that the Motion and Order to Unseal Application and Affidavit for Search Warrant, Search Warrant, and Search Warrant return be granted.

UNITED STATES OF AMERICA, by

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

/s/ Kristen Craig

Kristen Lundin Craig, LBN 32565
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: kristen.craig@usdoj.gov