IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PROPERTY LOCATED AT: 43063 WEBER CITY ROAD, GONZALES, LOUISIANA 70737 | Case No. 22-mj-15<br><br>**Filed Under Seal** |

### ORDER

Considering the United States' *Motion to Unseal Application and Affidavit for Search Warrant, Search Warrant, and Search Warrant Return,*

**IT IS ORDERED** that the Application and Affidavit for the Search Warrant, the accompanying attachments, and the Search Warrant, are hereby unsealed.

This _____ day of June, 2022, Baton Rouge, Louisiana.

                                                                   HONORABLE ERIN WILDER-DOOMES
                                                                   UNITED STATES MAGISTRATE JUDGE
                                                                   MIDDLE DISTRICT OF LOUISIANA