# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PROPERTY LOCATED AT:<br>**43063 WEBER CITY ROAD GONZALES, LOUISIANA 70737** | Case No. 22-mj-15<br><br>**Filed Under Seal** |

## ORDER

Considering the United States' *Motion to Unseal Application and Affidavit for Search Warrant, Search Warrant, and Search Warrant Return*,

**IT IS ORDERED** that the Application and Affidavit for the Search Warrant, the accompanying attachments, and the Search Warrant, are hereby unsealed.

Signed in Baton Rouge, Louisiana, on June 8, 2022.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**